# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

June 16, 2015

To: Ronald D. Coleman
John C. Connell
Joel Geoffrey MacMull
Darth M. Newman

Re: 14-1203 - In re: Tam

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted paper copies of the brief cannot be filed for the following reason(s):

- The cover of the brief must be blue. Fed. R. App. P. (a)(2)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court