FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE: SIMON SHIAO TAM, Appellant

No. 14-1203

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  PUBLIC KNOWLEDGE
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✓] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one): Neither party

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: Phillip R. Malone
Law firm: Juelsgaard Intellectual Property and Innovation Clinic
Address: Mills Legal Clinic at Stanford Law School, 559 Nathan Abbott Way
City, State and ZIP: Stanford, California 94305-8610
Telephone: (650) 725-6369
Fax #: (650) 723-4426
E-mail address: pmalone@law.stanford.edu

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  June 5, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes     [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 18, 2015                         *(signature)*
Date                                  Signature of pro se or counsel

cc: _____