**ORIGINAL**

HUGH C. HANSEN
FORDHAM UNIVERSITY SCHOOL OF LAW
150 W. 62ND STREET
NEW YORK NY 10023
(212) 636-7177

June 23, 2015

United States Court of Appeals for the Federal Circuit
Office of the Clerk of the Court
Attn: Valerie White
717 Madison Pl NW
Washington, DC 20005

In re: Case Number: 2014-1203 - *In re Tam*

Dear Ms. White,

On June 18, 2015, I filed an *amicus curiae* brief with your office in the above-referenced case. Enclosed please find a revised version of that brief to be distributed to the judges in place of the previously-filed version. The revised brief includes the following changes:

- Cover page: The brief title has been changed from "BRIEF OF AMICUS CURIAE PROFESSOR HUGH C. HANSEN IN SUPPORT OF APPELLANT FOR REHEARING *EN BANC*" to "BRIEF OF PROFESSOR HUGH C. HANSEN AS *AMICUS CURIAE* IN SUPPORT OF APPELLANT IN HEARING *EN BANC*"; and
- Page 16: "Respectfully submitted," has been inserted before the signature block.

Thank you for your assistance. Please contact our Senior Fellow, Nick Bartelt, at (646) 942-8828 with any questions.

Sincerely,

Hugh C. Hansen
Professor of Law
Fordham University School of Law

STATE OF NEW YORK   )                **AFFIDAVIT OF SERVICE**
                             )     ss.:     **BY OVERNIGHT EXPRESS**
COUNTY OF NEW YORK  )                **MAIL**

       I, Simone Cintron, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

       **On June 23, 2015**

deponent served the within:  **Letter**

       **Upon:**

**See Attached Service List**

the address(es) designated by said attorney(s) for that purpose by depositing **2** true copy(ies) of same, enclosed in a properly addressed wrapper in an Overnight Next Day Air Federal Express Official Depository, under the exclusive custody and care of Federal Express, within the State of New York.

**Sworn to before me on June 23, 2015**

**/s/ Maria Maisonet** _____       **/s/ Simone Cintron** _____
       **MARIA MAISONET**
      Notary Public State of New York
         No. 01MA6204360
       Qualified in Queens County
Commission Expires Apr. 20, 2017       **Job # 260202**

Service List:

Ronald D. Coleman
Archer & Greiner, P.C.
Court Plaza South (West Wing)
21 Main Street
Hackensack, New Jersey 07601
201-498-8544

        -and-

John C. Connell
Archer & Greiner, P.C.
One Centennial Square
33 East Euclid Avenue
PO Box 3000
Haddonfield New Jersey 08033-0968
856-354-3074

        -and-

Joel Geoffrey MacMull
Goetz Fitzpatrick PLLC
One Penn Plaza
New York, New York 10119
212-695-8100

*Attorneys for Appellant*

Nathan K. Kelley
United States Patent and Trademark Office
PO Box 1450 Mail Stop
8 Alexandria VA 22313
571-272-9035

        -and-

Mark R. Freeman
Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530
202-514-5714

*Attorneys for Appellee Michelle K. Lee, Director, U.S. Patent and Trademark Office*