# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1203

## IN RE SIMON SHIAO TAM

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85/472,044.

## **MANDATE**

In accordance with the judgment of this Court, entered December 22, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Todd Anten
Esha Bhandari
Charanjit Brahma
Megan Leef Brown
Robert D. Carroll
Thomas L. Casagrande
George C. Chen
Ronald D. Coleman
John C. Connell
Jennifer L. Elgin
Mark R. Freeman
Ronald D. Green Jr.
Christina Hieber
Hugh C. Hansen
Brett Max Kaufman
Nathan K. Kelley
Christopher J. Kelly
Thomas W. Krause
Jeffrey Joseph Lopez
Joel Geoffrey MacMull
Phillip R. Malone
Douglas R. McKusick
Darth M. Newman
Lawrence Kurt Nodine
Jeffrey Theodore Pearlman
Marc J. Randazza

Robert Lloyd Raskopf
Lee Rowland
Joshua Marc Salzman
Dwayne D. Sam
Ilya Shapiro
Molly R. Silfen
Arthur B. Spitzer
Richard L. Stanley
Daniel Tenny
Joshua S. Turner
United States Patent and Trademark Office
Sanford Ian Weisburst
John W. Whitehead
Jesse A. Witten
Mathew W. dos Santos